```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW JERSEY
_____
                                    :
JAMES K. FORD,                      :
                                    :   Civil Action No. 12-1086 (JAP)
          Plaintiff,                :
                                    :
     v.                             :   MEMORANDUM OPINION
                                    :
THE STATE OF NEW JERSEY,            :
et al.,                             :
                                    :
          Defendants.               :
_____:
_____:
```

For the reasons expressed in the Opinion filed herewith,

It is, on this 31st day of July, 2012,

ORDERED that, pursuant to 28 U.S.C. § 1915(g), Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby DENIED; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the complaint or assessing a filing fee; and it is further

ORDERED that if Plaintiff wishes to reopen this case, he shall so notify the Court in writing addressed to the Clerk of the Court, Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, 07101, within 30 days of the date of entry of this Order; Plaintiff's writing shall include the $350 filing fee; and it is further

ORDERED that the Clerk of the Court shall close the file in this matter.

      /s/ Joel A. Pisano
Joel A. Pisano
United States District Judge